IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CR508 |
| | ) | |
| v. | ) | |
| | ) | |
| L.C. McDONALD JR., | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on defendant's "Motion under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a person in Federal Custody" (§ 2255) (Filing No. 44). The documents defendant filed with the court do not contain his original signature; however, the motion is provisionally accepted for filing on the condition that the defendant provide the court with the original signature page by **November 10, 2006.**

IT IS ORDERED that the Clerk of Court will send defendant a copy of Filing No. 44 and defendant will return the document accompanied with an original copy of the signed signature page containing his signature by **November 10, 2006**.

DATED this 24th day of October, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge