IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CASE NO. 8:04CR508** |
| | ) | |
| v. | ) | |
| | ) | |
| **L.C. MCDONALD, JR.,** | ) | **JUDGMENT** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

Pursuant to the Memorandum and Order entered on this date, judgment is entered in favor of the government and against the defendant, L.C. McDonald. The defendant's Motion under 28 U.S.C. § 2255 to vacate is dismissed without prejudice.

DATED this 9th day of November, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge